# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHINIA D. BOONE, DILZIA NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHARLIE BECK, KEVEIN JOHNSTON, BEATRICE GIRMALA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-09301 JAK (CWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE   JS-6**<br><br><br>Complaint served: February 28, 2013<br>Trial date: May 9, 2014 |

The court has read and reviewed the stipulation of the parties to dismiss the entire action with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

The entire matter is dismissed with prejudice.

Dated: May 6, 2014

_____
Honorable John A. Kronstadt
United States District Court Judge

-1-
ORDER ON STIPULATION TO DISMISS ENTIRE ACTION